AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3-26-mj-71067 TSH | 08/15/2026 @ 8:25 PM PDT | ERIC SWALWELL |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

① ONE WHITE APPLE iPHONE WITH CHARGING CABLE, WALL CHARGER
② ONE APPLE MacBook PRO, S/N KOWRYYTWCC

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/18/2026

[signature] / SPECIAL AGENT
*Executing officer's signature*

KYLE R. BIEBESHEIMER / SPECIAL AGENT
*Printed name and title*